No. 816. CONTINENTAL OIL CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 2, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Arthur B. Hyman* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 841. POSSELIUS ET AL., EXECUTORS, *v.* FIRST NATIONAL BANK-DETROIT ET AL. April 2, 1934. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. Arthur E. Fixel, Clarence J. McLeod,* and *Rowland W. Fixel* for petitioners. *Messrs. Robert X. Marx* and *Rockwell T. Gust* for respondents.

No. 842. HUTESON *v.* UNITED STATES. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wm. F. Waugh* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 850. NORTHWESTERN MUTUAL LIFE INSURANCE CO. *v.* WEST. April 2, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Paul F. Myers* for petitioner. *Messrs. Leon Tobriner* and *Selig C. Brez* for respondent.

No. 812. COMMERCIAL STANDARD INSURANCE CO. *v.* DAVIS ET AL. April 2, 1934. Petition for writ of cer-